United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 11, 2005**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

———————————————

No. 04–30710

———————————————

KENNETH B WHITE, Individually and as father and as next friend of Kenneth Lincoln White
and Mandolyn White,

Plaintiff - Appellant,

versus

BLACK & DECKER (US) INC, doing business as DeWalt Industrial Tool Company,

Defendant - Appellee.

—————————————————————————————————

Appeal from the United States District Court
For the Eastern District of Louisiana
(No. 2:03–CV–874–N)

—————————————————————————————————

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons stated in the district court's order, we AFFIRM. *See* 5th Cir. R.

47.6.

———————————————

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.